AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>William Dunfee<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22–mj–00217
Assigned To Magistrate Judge: Upadhyaya, Moxila A.
Assign. Date : 9/30/2022
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                    William Dunfee                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date:     09/30/2022

*M.A. Upadhyaya*

Digitally signed by Moxila A.
Upadhyaya
Date: 2022.09.30 16:29:18 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

MOXILA A. UPADHYAYA, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                   *Arresting officer's signature*<br><br>                                   _____<br>                                   *Printed name and title* |